Dismissed and Memorandum Opinion filed May 13, 2004









Dismissed and Memorandum Opinion filed May 13, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00436-CV

____________

 

PADDY
ARGOVITZ, Appellant

 

V.

 

JERRY ARGOVITZ, Appellee

 



 

On Appeal from the 309th District
Court 

Harris County,
Texas

Trial Court
Cause No.  03-58210

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order referring the case
to arbitration signed April 23,2004.  On May 6, 2004, appellant filed a motion to
dismiss the appeal because the order is not appealable.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed. 

PER CURIAM

Judgment rendered
and Memorandum Opinion filed May 13, 2004.

Panel consists of
Chief Justice Hedges and Justices Frost and Guzman.